# SCHEDULE A

# SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

### PUBLIC PURPOSE

    The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-6020
Owners: Cruz Garza, Jr., *et al.*
Acres: 0.091

**Being** a 0.091 acre (3,946 square feet) parcel of land, more or less, being out of the Juan B. Villareal Survey, Abstract No. 183, Porción 75, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, being out of Tract No. 68, Share 18 as described in Volume 52, Page 4, Deed Records of Starr County, Texas, being out of a called 8.06 acre tract conveyed to Cruz Garza, Jr. by Warranty Deed recorded in Volume 470, Page 605, Deed Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Beginning** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6020-1=6082-4" for the southeast corner of Tract RGV-RGC-6020, said point being at the southeast corner of the 8.06 acre tract and the southwest corner of a called 8.31 acre tract conveyed to Wilfrido Garza by Warranty Deed Surface Rights Only recorded in Volume 1402, Page 225, Official Records of Starr County, Texas (Parcel 16, Tract 68, Share 18), and being the same tract of land conveyed to the known and unknown heirs of Eligio Rodriguez, A.K.A. Estanislado Rodriguez by Partition Agreement recorded in Volume 425, Page 528, Official Records of Starr County, Texas, said point being in the north line of called 39.54 acre tract conveyed to David Domingo Porras and Juan Jose Porras by Special Warranty Deed recorded in Volume 990, Page 500, Official Records of Starr County, Texas (Tract Four) and being the same tract of land conveyed to Jesus Porras, Jr., Domingo P. Porras, Juan J. Porras and Francisco Porras by Affidavit of Heirship recorded in Volume 431, Page 398, Deed Records of Starr County, Texas, said point having the coordinates of N=16659360.546, E=859750.117, said point bears S 82°33'01" E, a distance of 4187.79' from United States Army Corps of Engineers Control Point No. SS11-2019;

**Thence:** N 80°30'34" W (S 80°45'00" E, Record), with the south line of the 8.06 acre tract and the north line of the 39.54 acre tract, for distance of 90.19' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6019-4=6020-2" for the southwest corner of Tract RGV-RGC-6020, said point being in the south line of the 8.06 acre tract and the north line of the 39.54 acre tract;

## SCHEDULE C (Cont.)

**Thence:** N 55°26'22" E, departing the north line of the 39.54 acre tract, over and across the 8.06 acre tract, for a distance of 125.87' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6020- 3=6082-5" for the northeast corner of Tract RGV-RGC-6020, said point being in the east line of the 8.06 acre tract and the west line of the 8.31 acre tract;

**Thence:** S 09°40'10" W (N 09°15'00" E, Record), with the east line of the 8.06 acre tract and the west line of the 8.31 acre tract, for a distance of 87.51' to the **Point of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)

**LEGEND**

- ● 5/8" REBAR W/ "MDS" CAP SET
- △ CONTROL POINT
- ⊙ FOUND MONUMENT
- DRSC  DEED RECORDS OF STARR COUNTY
- IPF  1" IRON PIPE FOUND
- IRF  1/2" IRON ROD FOUND (UNLESS OTHERWISE NOTED)
- ORSC  OFFICIAL RECORDS OF STARR COUNTY
- PG  PAGE
- POB  POINT OF BEGINNING
- SBF  SQUARE BAR FOUND
- VOL  VOLUME

——————— ACQUISITION BOUNDARY
— · — · — ADJOINING ACQUISITION BOUNDARY
〰〰〰〰 BRUSH/VEGETATION
———— P L ———— PROPERTY LINE
— x — x — x — WIRE FENCE
(#) SEE SHEET 5

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | S 82°33'01" E | 4187.79' | N/A | N/A |
| L2 | N 80°30'34" W | 90.19' | S 80°45'00" E | N/A |
| L3 | N 55°26'22" E | 125.87' | N/A | N/A |
| L4 | S 09°40'10" W | 87.51' | N 09°15'00" E | N/A |

**COORDINATE TABLE**

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16659360.546 | 859750.117 | RGV-RGC-6020-1=6082-4 |
| 2 | 16659375.417 | 859661.163 | RGV-RGC-6019-4=6020-2 |
| 3 | 16659446.818 | 859764.817 | RGV-RGC-6020-3=6082-5 |

**NOTES:**

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 06/20/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
874 HARPER ROAD, SUITE 104 · KERRVILLE, TX 78028 · 830-616-1818

Drawing Ref. No. SHEET 4 OF 6

**METES & BOUNDS SURVEY**
**CRUZ GARZA JR., ET AL**
**TRACT No. RGV-RGC-6020**
**STARR COUNTY                  TEXAS**

MDS PROJ. NO. 18-200-00   FILE NAME RGV-RGC-6020   DATE 2/2/2024






CONTRACT NO.: W91278-14-D-0013
T.O.: W45XMA61577967002

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



# SCHEDULE E

## **SCHEDULE E**

## ESTATE TAKEN

Starr County, Texas

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is ONE THOUSAND TWO HUNDRED SEVENTY-FOUR DOLLARS AND NO/100 ($1,274.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Cruz Garza, Jr.**<br><br>Rio Grande City, Texas | RGV-RGC-6020<br><br>Affidavit of Facts by Cruz Garza, Jr. – (pending filing) in Starr County, Texas.<br><br>Warranty Deed dated February 28, 1983, filed March 16, 1983, Volume 470, Page 605, Document No. 1983-116507, Official Public Records of Starr County, Texas.<br><br>Partition Agreement dated January 11, 1980, filed January 14, 1980, Volume 425, Page 528, Document No. 1980-102377, Official Public Records of Starr County, Texas.<br><br>Warranty Deed dated and filed April 7, 1975, Volume 384, Page 631, Document No. 1975-87700, Official Public Records of Starr County, Texas.<br><br>Warranty Deed dated July 21, 1931, filed December 17, 1931, Volume 67, Page 539, Official Public Records, Starr County, Texas.<br><br>Final Decree of Partition- Cause No. 806, Anna M. Kelsey et al v. Rafael Resendez, et al, dated April 21, 1925, filed August 31, 1925, Book 52, Page 4, Official Public Records, Starr County, Texas. |
| **Diana S. Garza (spouse of Cruz Garza, Jr.)** | RGV-RGC-6020 |

| | |
|---|---|
| ▇▇▇<br>Rio Grande City, Texas ▇ | Affidavit of Facts by Cruz Garza, Jr. – (pending filing) in Starr County, Texas.<br><br>Warranty Deed dated February 28, 1983, filed March 16, 1983, Volume 470, Page 605, Document No. 1983-116507, Official Public Records of Starr County, Texas.<br><br>Partition Agreement dated January 11, 1980, filed January 14, 1980, Book 425, Page 528, Document No. 1980-102377, Official Public Records of Starr County, Texas.<br><br>Warranty Deed dated and filed April 7, 1975, Volume 384, Page 631, Document No. 1975-87700, Official Public Records of Starr County, Texas.<br><br>Warranty Deed dated July 21, 1931, filed December 17, 1931, Volume 67, Page 539, Official Public Records, Starr County, Texas.<br><br>Final Decree of Partition- Cause No. 806, Anna M. Kelsey et al v. Rafael Resendez, et al, dated April 21, 1925, filed August 31, 1925, Volume 52, Page 4, Official Public Records, Starr County, Texas. |
| **Alfredo G. Rodriguez and Ella Rodriguez as Trustees of the Alfredo G. Rodriguez and Ella Rodriguez Living Trust of 2014**<br><br>▇▇▇<br>Westminster, California ▇ | **RGV-RGC-6020**<br><br>Trust Transfer deed dated September 9, 2014 from Alfredo Rodriguez Olivarez to Alfredo G. Rodriguez and Ella Rodriguez as Trustees of the Alfredo G. Rodriguez and Ella Rodriguez Living Trust of 2014 in Document No. 2014-320295, Official Public Records, Starr County, Texas.<br><br>Warranty Deed dated and filed April 7, 1975, Volume 384, Page 631, Document No. 1975-87700, Official Public Records of Starr County, Texas. |

|  | Warranty Deed dated July 21, 1931, filed December 17, 1931, Volume 67, Page 539, Official Public Records, Starr County, Texas.<br><br>Final Decree of Partition- Cause No. 806, Anna M. Kelsey et al v. Rafael Resendez, et al, dated April 21, 1925, filed August 31, 1925, Volume 52, Page 4, Official Public Records, Starr County, Texas. |
|---|---|
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector<br>100 N FM 3167, Room 201<br>Rio Grande City, Texas 78582 | **RGV-RGC-6020**<br><br>Tax Account No.:  43029 |